UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00058-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KELLY REYNOLDS WORLEY,

    Defendant.
_____

### ORDER
_____

    A Notice of Disposition was filed in the above matter on October 1, 2008. A Change of Plea hearing is set for **Friday, December 19, 2008 at 2:30 p.m.. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: October 2, 2008